UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20885-CIV-LENARD/DUBÉ

LISSA J. MURPHY,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before this Court on the Petition for Attorney Fees and Costs filed by the Plaintiff (D.E. #17); the Motion for Final Judgment and Response to Plaintiff's Application for Attorney Fees (D.E. #19); the Amended Petition for Attorney Fees and Costs filed by the Plaintiff (D.E. #21); and the Motion for Final Judgment and Response to Plaintiff's Amended Application for Attorney Fees (D.E. #22) pursuant to an Order of Reference entered by the Honorable Joan A. Lenard, United States District Judge. This Court has reviewed the motions, the response by the Government and the file in this cause.

On June 27, 2007, an Order was entered by this Court granting a Motion to Remand filed by the Defendant and remanding this cause for further proceedings. (D.E. #14).

The present motion seeks an award of fees pursuant to the Equal Access to Justice Act. The motion indicates that 22.15 hours were spent on this case, at the rate of $169.95 per hour, for a total fee recovery sought of $3,764.39. The response filed by the Defendant indicates no objection to the total amount sought for fees. (D.E. #21).

1

This Court has reviewed the affidavit of counsel for the Plaintiff and finds that both the amount of time expended and the hourly rate are reasonable and that the total amount sought by the Plaintiff for fees should be awarded.

Accordingly, it is the recommendation of this Court as follows:

1) The Petition for Attorney Fees and Costs filed by the Plaintiff (D.E. #17) be **DENIED as MOOT**;

2) The Motion for Final Judgment and Response to Plaintiff's Application for Attorney Fees (D.E. #19) be **DENIED as MOOT**;

3) The Amended Petition for Attorney Fees and Costs filed by the Plaintiff (D.E. #21) be **GRANTED** and that the Plaintiff be awarded the sum of **$3,764.39** as attorney fees; and

4) The Motion for Final Judgment and Response to Plaintiff's Amended Application for Attorney Fees (D.E. #22) be **GRANTED**.

Pursuant to Local Magistrate Rule 4(b), the parties have ten (10) days from service of this Report and Recommendation to serve and file written objections, if any, with the Honorable Joan A. Lenard, United States District Judge. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained herein. Loconte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); R.T.C. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

**DONE AND ORDERED** this 3 day of July, 2008.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE