UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20885-CIV-LENARD/DUBÉ

**LISSA J. MURPHY**,

      Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security,

      Defendant.
_____/

**FINAL JUDGMENT**

**THIS CAUSE** is before the Court upon the Report and Recommendation of the Magistrate Judge ("Report," D.E. 23), issued on July 3, 2008, which recommends, inter alia, that the Court grant Plaintiff's Amended Petition for Attorney Fees and Costs (D.E. 21). On July 3, 2008, Defendant filed a Motion for Final Judgment and Response to Plaintiff's Amended Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") (D.E. 22). Therein, Defendant notifies the Court that it does not object Plaintiff's Amended Petition for Attorney Fees and Costs, in which Plaintiff requests an award of attorney fees under the EAJA in the total amount of $3,764.39. (See id.) The Court having reviewed the Report, the motions before it, and the record, it is:

**ORDERED** and **ADJUDGED** that:

    **1.**    The Report and Recommendation of the Magistrate Judge, issued on July 3, 2008 (D.E. 23), is **ADOPTED.**

    **2.**    Defendant's Motion for Final Judgment, filed on July 3, 2008 (D.E. 22), is

       **GRANTED.**

3. Plaintiff's Amended Petition for Attorney Fees and Costs, filed on June 16, 2008 (D.E. 21), is **GRANTED.**

4. Judgment is hereby entered in favor of Plaintiff Lissa J. Murphy in the amount of $3,764.39, representing fees and expenses pursuant to the EAJA, which shall bear interest at the prevailing statutory rate, and for which sum let execution issue. All amounts due shall be paid to Elizabeth R. Read, Attorney for Plaintiff.

5. The Petition for Attorney Fees and Costs filed by the Plaintiff on May 27, 2008 (D.E. 17) and Defendant's Motion for Final Judgment (D.E. 19) are **DENIED as MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of July, 2008.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

cc:    U.S. Magistrate Robert L. Dubé
       All Counsel of Record